NUMBER 13-00-150-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

 



 

MIRTA BELL, INDIVIDUALLY AND 

ON BEHALF OF A.B., A MINOR,                                             Appellant,

 

                                                   v.

 

LUPE
WEIR,                                                                          Appellee.

 

 



                        On appeal from the 370th District Court

                                  of Hidalgo
 County, Texas.

 



 

                          MEMORANDUM OPINION

 

                    Before Justices Dorsey, Yañez, and Rodriguez

                                  Opinion by Justice Dorsey

 








Because this
opinion involves well-settled issues of law and the facts are known to the
parties, we resolve this cause in the form of a memorandum opinion pursuant to
Texas Rule of Appellate Procedure 47.1.  Tex. R. App. P. 47.1.  This case involves a collision at a AT@ intersection
with a traffic light.  The two parties
collided in the intersection, and the testimony at trial was disputed regarding
liability and damages.  The jury found
both parties to be fifty percent responsible for causing the accident, and
found the plaintiff had suffered no damages. 
The appellant, who was the plaintiff at trial, challenges the factual
sufficiency of the jury=s findings on
both the negligence and damages issues. 
We have reviewed the evidence and find the verdict to be not against the
great weight and preponderance of the evidence on both points.  See Pool v. Ford Motor Co., 715 S.W.2d
629, 635B36 (Tex.
1986).  Accordingly, we affirm the
judgment of the trial court.

 

______________________________

J. BONNER DORSEY,

Justice

 

Do not publish.

Tex. R.
App. P. 47.3(b).

 

Opinion delivered and filed

this 2nd day of May, 2002.